**Order entered October 24, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01047-CV

### KEITH HERVEY, Appellant

### V.

### RENT A CENTER AND RAC CORPORATION, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-00467-2019**

## ORDER

Before the Court is appellant's October 18, 2019 motion to appoint counsel. This Court does not appoint counsel and will take no action on the motion. However, the Dallas Volunteer Attorney Program and Dallas Bar Association Appellate Law Section sponsor a pro bono program that places a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court. An appellant can request consideration for this program through the official docketing statement. As appellant has previously filed his docketing statement, the Court will forward the docketing statement to the Pro Bono Program. A copy of the pamphlet explaining the Pro Bono Program is attached for reference.

On our own motion, we **EXTEND** the deadline for filing appellant's brief from October 28, 2019 to December 12, 2019. We caution appellant that if the brief is not filed by December 12, the Court may dismiss the appeal without further notice.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE